IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN COOPER, | ) | |
| Petitioner | ) | 2:06cv1332 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | Judge Cercone |
| PA STATE ATTORNEY GENERAL, | ) | Magistrate Judge Hay |
| Respondent | ) | |

## MEMORANDUM ORDER

AND NOW, this 28 day of August, 2007, after the Petitioner, John Cooper, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and petitioner having filed objections which are without merit, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus brought under 28 U.S.C. Section 2254 is dismissed before service pursuant to Rule 4 of the Rules Governing Section 2254 Petitions.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

DAVID STEWART CERCONE
United States District Judge

cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

        John Cooper
        AF-7021
        SCI Frackville
        1111 Altamont Boulevard
        Frackville, PA 17931